# 15-2361, 15-2365

## United States Court Of Appeals
## for the Second Circuit

IN RE AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION

On Appeal from the United States District Court
for the Eastern District of New York
06-MD-1775 (JG) (VVP)

### *OPPOSITION TO PETITIONERS' MOTION*
### *FOR LEAVE TO FILE A REPLY*

Robert N. Kaplan
Gregory K. Arenson
Elana Katcher
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980

Gary L. Specks
KAPLAN FOX & KILSHEIMER LLP
423 Sumac Road
Highland Park, IL 60035
(847) 831-1585

Hollis L. Salzman
Meegan F. Hollywood
ROBINS KAPLAN LLP
601 Lexington Avenue, Suite 3400
New York, NY 10022
(212) 980-7400

Michael D. Hausfeld
Brent W. Landau
Hilary K. Scherrer
Melinda R. Coolidge
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
(202) 540-7200

Howard J. Sedran
Austin B. Cohen
Keith J. Verrier
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Philadelphia, PA 19106
(215) 592-1500

*Attorneys for Plaintiffs-Respondents*

Respondents oppose the request of three of the four petitioners for leave to file a reply.

Rule 5, which concerns permission to appeal, has no provision for a reply, unlike Rule 27 for motions and Rule 28 for briefs.

Petitioners stated reasons for their attempt to contravene the rule and have the last word are that they need "to correct . . . misstatements . . . and respond to . . . incorrect arguments." However, the Court can determine the veracity of the parties' statements and arguments through their citations to the record, the opinion below, and case law.

Indeed, if this Court were to grant petitioners leave to file a reply, respondents will almost undoubtedly need to seek leave to file a sur-reply to correct misstatements or incorrect arguments *petitioners* are likely to make in any reply, just as, in their opposition, respondents were compelled to address misstatements made in the petition. *See, e.g.*, Opposition to Petition for Leave to Appeal Order Granting Class Certification at 14-15 n.15 ("In contrast to their prior statements, Defendants now contend that 'large customers with numerous transactions' were more likely to be overcharged than single-transaction customers with less bargaining power, Jt. Pet. at 7, but in support cite only their own objections to the report and recommendation on class certification, which in turn cited a statement from defendants' expert about how any regression model will exhibit some variability. ECF No. 2084-1 at 34 n.79.

1

In further asserting that '[m]any one-time customers shipped during time periods when no surcharges were even implemented,' Jt. Pet. at 7, they again cite only their own objections, which in turn are supported by no citation at all. ECF No. 2084-1 at 22.").

Rather than encourage further motion practice, the Court should deny petitioners' motion for leave to file a reply brief.

Dated: August 13, 2015                    Respectfully submitted,

Robert N. Kaplan                          Michael D. Hausfeld
Gregory K. Arenson                        Brent W. Landau
Elana Katcher                             Hilary K. Scherrer
KAPLAN FOX & KILSHEIMER LLP               Melinda R. Coolidge
850 Third Avenue, 14th Floor              HAUSFELD LLP
New York, NY  10022                       1700 K Street, N.W., Suite 650
(212) 687-1980                            Washington, DC  20006
                                          (202) 540-7200
Gary L. Specks
KAPLAN FOX & KILSHEIMER LLP               By:   */s/ Michael D. Hausfeld*
423 Sumac Road
Highland Park, IL 60035
(847) 831-1585


By:   */s/ Robert N. Kaplan*

Hollis L. Salzman
Meegan F. Hollywood
ROBINS KAPLAN LLP
601 Lexington Ave, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499

Howard J. Sedran
Austin B. Cohen
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street
Philadelphia, PA 19106
(215) 592-1500

By: */s/ Hollis L. Salzman*

By: */s/ Howard J. Sedran*

*Counsel for Plaintiffs-Respondents*

3

## **CERTIFICATE OF SERVICE**

I, Robert N. Kaplan, hereby certify that on August 13, 2015, a true and correct copy of

Opposition to Petitioners' Motion for Leave to File a Reply was served on the following counsel

via the Court's ECF system and by email:

Harvey J. Wolkoff
Gregory L. Demers
David A. Young
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 951-7000
harvey.wolkoff@ropesgray.com
gregory.demers@ropesgray.com
david.young@ropesgray.com

*Attorneys for Defendant-Petitioners*
*Atlas Air Worldwide Holdings, Inc.,*
*Polar Air Cargo, LLC, and*
*Polar Air Cargo Worldwide, Inc.*

George N. Tompkins III
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 East 42nd Street
New York, NY 10017
(212) 490-3000
george.tompkinsjr@wilsonelser.com

*Attorney for Defendant-Petitioners*
*Air China Ltd. and Air China Cargo*
*Company Ltd.*

E. Christopher Murray
RUSKIN MOSCOU FALTISCHEK, P.C.
East Tower, 15th Floor, 1425 RXR Plaza
Uniondale, NY 11556
(516) 663-6600
emurray@rmfpc.com

*Attorney for Defendant-Petitioner Air India Ltd.*

L. Rachel Lerman
BARNES & THORNBURG LLP
2020 Century Park East, Suite 300
Los Angeles, CA 90067-3012
(310) 284-3880
rachel.lerman@btlaw.com

Brian E. Casey
Kelly J. Hartzler
BARNES & THORNBURG LLP
100 N. Michigan Street, Suite 700
South Bend, IN 46601
(574) 233-1171
brian.casey@btlaw.com
kelly.hartzler@btlaw.com

Roscoe C. Howard, Jr.
Meena T. Sinfelt
BARNES & THORNBURG LLP
1717 Pennsylvania Avenue, N.W.
Suite 500
Washington, DC 20006-4623
(202) 289-1313
roscoe.howard@btlaw.com
meena.sinfelt@btlaw.com

*Attorneys for Petitioner-Defendant*
*Air New Zealand Ltd.*

*/s/ Robert N. Kaplan*
Robert N. Kaplan